# Court of Appeals
# of the State of Georgia

ATLANTA, December 15, 2014

*The Court of Appeals hereby passes the following order*

**A15D0153. IN THE INTEREST OF: T. B., AND A. B., CHILDREN (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

1400197 1400198



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, December 15, 2014.*

    *I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*